UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHELDON JOEL RAMNARAINE,

          Petitioner,

v.                                 Case No:  6:19-cv-1888-Orl-40DCI
                                    (6:11-cr-356-Orl-40DCI)

UNITED STATES OF AMERICA,

          Respondent.

_____/

## ORDER

      This cause is before the Court on the Government's Response in Opposition to Petitioner's Motion to Vacate Set Aside, or Correct Sentence ("Response," Doc. 4), which requests that the Court deny Petitioner's Motion to Vacate, Set Aside, Or Correct Sentence ("Motion to Vacate," Doc. 1). Petitioner is advised out of an abundance of caution that the denial of the Motion to Vacate at this stage would represent a final adjudication of this case which may foreclose subsequent litigation on the matter.

      Accordingly, it is **ORDERED** that Petitioner shall have **NINETY (90) DAYS** from the date of this Order to file a Reply to the Response if he chooses. The Court will not address new grounds raised in the Reply. *Oliveiri v. United States*, 717 F. App'x 966, 967 (11th Cir. 2018) (citing *United States v. Evans*, 473 F.3d 1115, 1120 (11th Cir. 2006) ("[A]rguments raised for the first time in a reply brief are not properly before a reviewing court.")) The Reply shall not exceed twenty pages without leave of Court. Upon

expiration of this time, the Motion to Vacate, the Response, and the Reply (if filed) will be taken under advisement by the Court, and an order will be entered without further notice.

**DONE** and **ORDERED** in Orlando, Florida on February 10, 2020.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party
OrlP-3 2/10