

**Business Affairs**
University Police Department

1521 Museum Road
PO Box 112150
Gainesville, FL 32611-2150
352-392-5444
352-392-0539 Fax
www.police.ufl.edu

March 1, 2019

TO WHOM IT MAY CONCERN:

REF:  Sheldon Joel Ramnaraine

The University of Florida Records Division has completed an investigative records check and can find no record of any offense involving the above referenced person.  I have included a copy of a 2011 CAD call on the date in question, however, no names are given in the call.  UFPD Officer Michael Metz, ID 55, was the officer who assisted.  Officer Metz in no longer an officer with the University of Florida Police Department.



*Deborah Fleming*
*Records Custodian*
*Records Division*
*University of Florida Police Department*
*1515 Museum Road*
*P.O. Box 112150*
*Gainesville, FL   32611-2150*
*352-392-9583*
*fleming@ufl.edu*

The Foundation for The Gator Nation
An Equal Opportunity Institution





# UNIVERSITY OF FLORIDA POLICE DEPT
## CALL HISTORY RECORD

Printed By: **FLEMING**
Printed On: **03/01/2019 12:55:27**

### DISPATCH TO LOCATION

| Field | Value |
|---|---|
| Address | 599 FINE ARTS C / FINE ARTS C, 599 |
| Apt / Lot | |
| Domicile Type | |
| Cross Street | |
| City | GAINESVILLE |
| Incorporated? | No |
| State | FL |
| County | ALACHUA |
| Zip Code | 32611 |
| Latitude | 29.64775 |
| Longitude | -82.34043 |
| National Grid | |
| AREA | EAST |
| PKZ | 4 |
| RA | 1B |
| Wrecker | |

### LOCATION OF OCCURRENCE

| Field | Value |
|---|---|
| Address | 599 FINE ARTS C / FINE ARTS C, 599 |
| Apt / Lot | |
| Domicile Type | |
| Cross Street | |
| City | GAINESVILLE |
| Incorporated? | No |
| State | FL |
| County | ALACHUA |
| Zip Code | 32611 |
| Latitude | 29.64775 |
| Longitude | -82.34043 |
| National Grid | |
| AREA | EAST |
| PKZ | 4 |
| RA | 1B |
| Wrecker | |

| Complaint Type / Call Nature | Priority | Additional Info | Weapon |
|---|---|---|---|
| ASSIST OTHER AGENCY | 3 | | |

| Complainant | Phone Number | Ext | Contact | 911 |
|---|---|---|---|---|
| | | | | N |

| Primary Unit | BackUp Units | Dispatcher | Disposition Codes |
|---|---|---|---|
| 055 UFPD | | MPINKSTON | (1) 50A  (4) |
| | | Call Taker: MPINKSTON | (2) Z  (5) |
| | | | (3)  (6) |

| Incident Number | Received | Shipped | Dispatched | Enroute | Onscene | Closed |
|---|---|---|---|---|---|---|
| UFPD11CAD022388 | 03/23/2011 17:44:22 | 03/23/2011 17:44:37 | 03/23/2011 17:44:38 | 03/23/2011 17:44:38 | 03/23/2011 17:44:38 | 03/23/2011 20:33:38 |

Radio Channel

### CALL STATISTICS

| Create Time | Hold Time | Rollout Time | Enroute Time | Onscene Time |
|---|---|---|---|---|
| 00:00:15 | 00:00:01 | 00:00:00 | 00:00:00 | 02:49:00 |

| Dispatch Time | | | Response Time | Total Call Time |
|---|---|---|---|---|
| 00:00:16 | | | 00:00:00 | 02:49:16 |

### UNIT / CALL TIMES

| DATE | TIME | CALLNO | AGENCY | DESCRIPT | DISPATCHER | MILEAGE |
|---|---|---|---|---|---|---|
| 03/23/2011 | 17:44:38 | 055 | UFPD | ONSCENE | MPINKSTON | 0 |
| 03/23/2011 | 17:44:39 | 055 | UFPD | REPORTING | MPINKSTON | 0 |
| 03/23/2011 | 20:33:38 | | | CLOSED | DDSMITH | |
| 03/23/2011 | 20:33:59 | | | CODED | DDSMITH | |

END OF CALL HISTORY RECORD



Business Affairs
University Police Department
PO Box 112150
Gainesville FL  32611-2150

PRESORTED FIRST CLASS

U.S. POSTAGE ▶ PITNEY BOWES

ZIP 32611 $ 000.41
02 4W
0000359143 MAR. 04. 2019

SHELDON JOEL RAMNARAINE
3209 STONEHURST CIRCLE
KISSIMMEE, FL  34741