UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:19-cv-1888-Orl-40DCI
Criminal Case No.: 6:11-cr-356-Orl-40DCI

SHELDON JOEL RAMNARAINE,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

### SWORN AFFIDAVIT OF SWARSATI RAMNARAINE

**COMES NOW,** Swarsati Ramnaraine, and files this, her sworn affidavit in support of the claims made against Francis Wesley "Buck" Blankner, Jr. ("Buck"), by my son, Sheldon Joel Ramnaraine ("Joel"). I have first-hand knowledge of Buck's work and performance in Joel's case. I am 68 years old at the date of this document. I am able to make this document and state the following under the penalty of perjury:

This whole thing is one of the worse experiences of my life and I can't believe how long it has been going on. Everything stated one day when Joel was in college. I got a phone call from Joel and he told me he had something to tell me, but that I should sit down first. I was worried when he said that but I sat down and listened to him. He told me that the FBI went to his school to questioned him for about three hours. I was in shock and started to shake and cry. No mother ever wants to hear that the FBI is looking for their child. Not long after that, my daughter Urmila and her husband John came home to see me. They already knew what was going on.

The next day, I got a call from my oldest daughter Sherry who lives in New York. She also knew what was going on and she told me that she already bought a plane ticket to fly down to Florida to be with us. Our entire family came together to support Joel and one another during this hard time.

1

When Sherry came to Florida, I went with her to see a lawyer for Joel. We had a meeting but we could not afford his fee. Everyone kept looking for lawyers and then one day, Joel told us about Buck. He said he found Buck online and that we should have a meeting. I went to see Buck with my daughter the first time. He seemed so kind and like he really cared about us. He said he had a lot of experience with this kind of case and it look like he really genuinely wanted to help us. He said that he usually charges $25,000 but he would work out a payment plan so we don't have to pay everything at once. We started to pay Buck and from the very beginning, Buck told me not to worry because Joel would not go to prison. He said that my son was very smart and a good person. He promised to do everything he could but that no matter what, Joel would not go to prison.

A short time later, Joel came home from school. He was spending summer break with me and my husband at home. We did not hear much from Buck and everything seemed to be fine. Then, Joel had to go back to school in August. Then I got a call from Joel one day saying that he had to leave school. I was upset and shocked but I went to Gainesville with my daughter to bring Joel and his things home. After that, we met Buck at the court house. I brought Joel's passport with me because we had to give it to the court to keep. After we gave them Joel's passport, we had to go to another room. Then someone put an ankle bracelet on Joel's foot so they could track him to see where he was going. Buck told us again not to worry because he was taking care of everything. At the end, me and my husband came back home with Joel.

After that, I did not have much contact with Buck. Every time we went to his office, he always wanted to see Joel alone but it was never for long. Buck just always kept saying that Joel would not go to prison and that was the most important thing to me. One day, Buck called us to go to his office again. He said that he would make a deal with us. He said that if we give him one last payment of $5,000 we would not have to pay anything else. We were so happy that Buck really seemed to understand our situation. We did not have the money at the time so our whole family came together and my son-in-law made the payment with his credit card. Buck also told us that he was going to hire a psychologist who to testify for Joel at trial. Buck said that the psychologist would prove how Joel did not have any problems with children. One

last thing he said was that the judge changed in Joel's case but that we should not worry because he knew the new judge personally so he would talk to her for us.

A while later, Joel had a date to go to court. Me, my husband, and my son-in-law went with Joel to court. We thought Buck was going to talk on Joel's behalf and tell the judge about how Joel was innocent and all the illegal things the FBI did. But instead of doing that, Buck said how Joel was guilty. I did not really understand what was going on because Joel was innocent. Then when we came out of the court room Buck told me not to worry because he was going to keep fighting Joel's case. I did not really understand everything but I trusted him because he was our lawyer. Plus, he kept on talking about the psychologist that he was going to get for Joel's trial so it looked like he had a big plan to help my son.

One day after all of that, Buck called us into the office again to meet with Joel. He was late and when he showed up, he said that he was sorry. He told us that he was late because his wife had cancer and he went to see the doctor. My husband and I went up with Joel to Buck's office and he told me and my husband not to worry because he was working hard on Joel's case. He showed us about three or four boxes that was full of papers. He said it was all the work he was doing for Joel's trial. We were so thankful for all the work he was doing for us even though his wife had cancer. Before we left his office, me and my husband and Joel held hands with Buck and prayed for his wife to get better. He was so happy that we did that for him. He told us again not to worry about Joel because he was taking care of everything. I left the office that day feeling much better because I thought he was working hard on Joel's case.

Finally, we had to go to court one last time with Joel. Buck said we would be in front of the new judge and that we did not need to worry because Joel was going to be come with us. Joel wore his church suit and we all went to court to support him. My daughter and son-in-law even spoke to the judge on Joel's behalf. We were all shocked when they took Joel away to prison. Me and my husband really believe that nothing would happen to Joel because that is what Buck said. Plus, he showed us all the boxes of work he was doing for Joel's trial. But in the end, Joel ended up going to prison anyway. Buck did not even get the psychologist to testify at the trial. I just did not know what to do. That was the worse day of my life.

When the judge told the cops to take Joel away, I started crying and said that I wanted to hug my son, but they would not even let me hug Joel. All along, Buck had been telling us that he was taking care of everything and that Joel would not go to prison. And now, they were taking my son away from me and I could not even hug him. Buck lied to us the whole time and in the end, they took Joel to prison even though Buck said he was taking care of everything.

After we came out of the court room, I could barely stand. My daughter and son-in-law had to hold on to me to help support me. When we came out into the hallway, Buck came up to me and held on to me. He said this should not have happened and that not to worry because he would do an appeal.

Buck said that he needed more money for the appeal. We only had $2,500 left but Buck said that was okay, and that he would do the whole appeal for that much. We were desperate so a few days later, we paid Buck the $2,500. We used all of our savings to pay Buck and there was nowhere else we could go. I did not know who I could turn to. We gave Buck the money so he could do the appeal and get my son out of prison. I lost hope after that because we did not hear back from Buck after that. We kept calling his office and his secretary always said he was busy or out of the office. We did not know what to do.

One day, we were so desperate to talk to Buck that we went to his office and asked to see him. The secretary said that he wasn't in the office so we sat there and waited for him to show up. We sat for a long time and then finally, Buck came walking down the stairs. He was actually there the whole time and they were lying to us about him not being there.

Thankfully, we got a new lawyer after all of this who was willing to work with us and help Joel later on. My son has been fighting this case from day one because he is innocent. For six years, me and my husband would drive more than 350 miles every two weeks to visit Joel while he was in prison because he is a genuinely loving, kind, and honest person and we love him with all of our heart. I really could not ask for a better son. God really blessed us when it comes to Joel. He does not deserve this and it has been overwhelming and heartbreaking for me to watch my son suffer so much for something he did not do. No one would listen to us. Buck did not do anything to help us. Instead he lied to us the whole time about everything. Since all of this happened, Buck has gotten in trouble many times by the Supreme Court and

other courts for the same thing and he should not be able to ruin the lives of innocent people anymore. I pray that the court will finally help us because nobody else is listening.

This is a true, correct, and complete statement made with first-hand knowledge by the Affiant, Swarsati Ramnaraine, made this __11__ day of __May__ 2020 within the county of Osceola, Florida.

Respectfully Submitted,

*Swarsati Ramnaraine*
Swarsati Ramnaraine, Affiant