UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHELDON JOEL RAMNARAINE

v.  CASE NO. 6:19-cv-1888-PGB-DCI

UNITED STATES OF AMERICA

## NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by Karin Hoppmann, Acting United States Attorney for the Middle District of Florida, hereby respectfully requests the Clerk of Court to substitute the undersigned Assistant United States Attorney as government counsel for Assistant United States Attorney Karen L. Gable.

Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney

By: */s/ Amanda S. Daniels*
AMANDA S. DANIELS
Assistant United States Attorney
FL Bar No. 111444
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:   amanda.daniels@usdoj.gov

**SHELDON JOEL RAMNARAINE v. U.S.     Case No. 6:19-cv-1888-PGB-DCI**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Courtney Montiero , Esquire

/s/ *Amanda S. Daniels*
AMANDA S. DANIELS
Assistant United States Attorney
FL Bar No. 111444
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:  (407) 648-7643
E-mail:  amanda.daniels@usdoj.gov