

U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No. 305A-TP-73704

FBI Tampa
Orlando Resident Agency
5525 West Gray Street
Tampa, Florida 33609

04/28/2021

Sheldon Joel Ramnaraine
3209 Stonehurst Circle
Kissimmee, FL 34741

Dear Sheldon Ramnaraine,

    On 3/23/2011, the Federal Bureau of Investigation (FBI) seized number of items (listed on the authorization form) from the residence of Sheldon Ramnaraine. The FBI needs to obtain authority to destroy them. To accomplish this, we have to provide the enclosed notice which must be signed and returned to our agency as soon as possible. Please sign the form, have a witness sign the form, and then return it to the FBI.

    Please make sure you initial the receipt of notice section. If you are agreeable to the FBI disposing of these items, please initial the third section waiving your right to the property and agreeing to its destruction.

    If you refuse to initial or sign the form, please note "refused to sign" in place of his signature, fill out the witness section, and return it to the FBI. This will help us show our headquarters that he was provided notice. If you desire to keep a copy of this letter/ form, I have no objection. This will be the only notice you receive concerning this property.

Enclosures

Please return the completed form in the postage-paid, self-addressed stamped envelope. The FBI Tampa Division thanks you in advance for your assistance in this matter. If you have any questions, please call Special Agent Rodney Hyre at 407-714-2070.

Sincerely,

Justin Crenshaw
Supervisory Special Agent

Rodney Hyre
Special Agent

# FEDERAL BUREAU OF INVESTIGATION
## WAIVER OF OWNERSHIP OF PROPERTY

On 03/23/2011, the Federal Bureau of Investigation seized the following property from the home of Sheldon Ramnaraine at 4812 Elderwood Ln., Orlando, Fl during the execution of a federal search warrant:

- One (1) SAN DISK JUMP DRIVE
- One (1) DELL LAPTOP W/POWER CORD, MODEL STUDIO 1737, OR744C, 00148-131-553-993
- One (1) TRANSCEND 16GB SD CARD

**Initial as applicable:**

(   ) I hereby acknowledge receipt of the notice and that I have a right to claim these items. I am unaware of any other party having ownership interest in the property. I hereby knowingly and voluntarily waive any right, title, and interest in the property and agree to the United States Government destroying these items. I hereby authorize these items for destruction. I unconditionally release and hold harmless the FBI, its officers, employees and agents from any and all claims, demands, damages, causes of actions or suits, of whatever kind and description, and wheresoever situated, that might now exist or hereafter exist by reason of or growing out of or affecting, directly or indirectly, the seizure or waiver of ownership interest in the described property.

Name: _____

Address: _____

Signature: _____   Date: _____

**Witness:**

Signature: _____   Date: _____
Name: _____
Title: _____